**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-6181**

─────────────

STEPHEN L. MILES,

Plaintiff - Appellant,

versus

O. R. NICKENS, Major; JOSEPH E. GASKINS,
Captain; J. D. WEAVER, Doctor,

Defendants - Appellees,

and

WINFRED HARDY, Sheriff,

Defendant.

─────────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Terrence W. Boyle, Chief
District Judge. (CA-97-935-5-BO)

─────────────

Submitted: April 13, 2000          Decided:  April 21, 2000

─────────────

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Stephen L. Miles, Appellant Pro Se.  G. Christopher Olson, WOMBLE, CARLYLE, SANDRIDGE & RICE, Raleigh, North Carolina; Timothy Coleman Barber, Angela Humes Brown, BARBER & ASSOCIATES, Greenville, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Stephen L. Miles appeals the district court's order granting summary judgment to Appellees on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Miles v. Nickens, No. CA-97-935-5-BO (E.D.N.C. Apr. 28, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2